(No. 6379—

BARBER-COLMAN COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed Februarq 17, 1972.*

Barber-Colman Company, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J: